Mr Justice Baldwin
 

 was of opinion, that in a cause of this soft, the court ought not to dispense with the regular course of proceedings,- by the granting and service of a rule to show cause.
 

 Mi' Chief Justice Marshall
 

 said, that the grant of a rule to show cause and the service thereof, is a matter in the discretion of the court. The court may, ip its discretion, grant an alternative mandamus, if it deems it more conducive to public
 
 *572
 
 justice, and to-prevent delays. Here all the parties express themselves ready to proceed in the cause. The district judge waives any formal rule and notice, and wishes no delay; and states his readiness now to show cause. .Under such circumstances, all the purposes of a? rule to show cause and notice are ..accomplished, and there is no-necessity for directing such a rulé and notice. The coürt, therefore, in my opinion, may properly proceed.at once tó.the hearing of the causej for. the purpose,of ascertaining whether a mandamus ought or ought not to be awardéd.
 

 The other judges concurred in the opinion of the chief justice; and the court directed the motion to come up on the-next motion day; .